IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| TYLER D. HARRIS,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-02212-SHM-tmp |
| ) | |
| SHELBY COUNTY, TENNESSEE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DIRECTING CLERK TO MODIFY DOCKET**

This case was docketed under Nature of Suit Code 440. According to the Civil Nature of Suit Code Descriptions, 440 applies to "Other Civil Rights" claims excluding claims against corrections officials and relates to an "[a]ction alleging a civil rights violation other than the specific civil rights categories listed below or a violation related to prison."

Upon review of the complaint, the Court has determined that a more appropriate Nature of Suit Code for this case is 555 which is described as an "[a]ction by current prisoner, or former prisoner or their families alleging a civil rights, Federal Tort Claims Act, or state law claim with respect to a condition of prison life, whether general circumstances or particular episodes. Examples: inadequate medical care or excessive force by prison guards." The complaint alleges that the Plaintiff was deprived of "basic, necessary medical care for severe medical conditions" while incarcerated at the Shelby County Jail. (ECF No. 1 at PageID 2.) The Clerk is DIRECTED to modify the docket and change the Nature of Suit for this lawsuit from 440 Civil Rights Other to Nature of Suit Code 555 Prison Condition.

IT IS SO ORDERED this 5th day of April, 2024.

                                                */s/ Samuel H. Mays, Jr.*
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE